**[J-33E-2025, J-33F-2025, J-33G-2025 and J-33H-2025]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JESSICA SHIRLEY, INTERIM ACTING SECRETARY OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION AND INTERIM ACTING CHAIRPERSON OF THE ENVIRONMENTAL QUALITY BOARD | : : : : : : | No. 113 MAP 2023<br><br>Appeal from the Order of the Commonwealth Court at No. 41 MD 2022 dated June 28, 2022 |
| | : : | SUBMITTED: May 13, 2025 |
| v. | : : : | |
| PENNSYLVANIA LEGISLATIVE REFERENCE BUREAU, STEPHANIE FIELDER LATIMORE, DIRECTOR OF THE LEGISLATIVE REFERENCE BUREAU, AND AMY J. MENDELSOHN, DIRECTOR OF THE PENNSYLVANIA CODE AND BULLETIN | : : : : : : : : : | |
| APPEAL OF: CONSTELLATION ENERGY CORPORATION AND CONSTELLATION ENERGY GENERATION, LLC, | : : : : : | |
| Possible Intervenors | : | |
| BOWFIN KEYCON HOLDINGS, LLC; CHIEF POWER FINANCE II, LLC; CHIEF POWER TRANSFER PARENT, LLC; KEYCON POWER HOLDINGS, LLC; HERITAGE POWER LLC; PENNSYLVANIA COAL ALLIANCE; UNITED MINE WORKERS OF AMERICA; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; AND INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS | : : : : : : : : : : : : : : | No. 114 MAP 2023<br><br>Appeal from the Order of the Commonwealth Court at No. 247 MD 2022 dated June 28, 2022<br><br>SUBMITTED: May 13, 2025 |
| v. | : : | |

PENNSYLVANIA DEPARTMENT OF
ENVIRONMENTAL PROTECTION AND
PENNSYLVANIA ENVIRONMENTAL
QUALITY BOARD

    :
    :
    :
    :

APPEAL OF: CONSTELLATION ENERGY
CORPORATION AND CONSTELLATION
ENERGY GENERATION, LLC,

    Possible Intervenors    :

| | |
|---|---|
| JESSICA SHIRLEY, INTERIM ACTING SECRETARY OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION AND INTERIM ACTING CHAIRPERSON OF THE ENVIRONMENTAL QUALITY BOARD | No. 115 MAP 2023 <br><br> Appeal from the Order of the Commonwealth Court at No. 41 MD 2022 dated November 1, 2023 <br><br> SUBMITTED: May 13, 2025 |
| v. | |
| PENNSYLVANIA LEGISLATIVE REFERENCE BUREAU, STEPHANIE FIELDER LATIMORE, DIRECTOR OF THE LEGISLATIVE REFERENCE BUREAU, AND AMY J. MENDELSOHN, DIRECTOR OF THE PENNSYLVANIA CODE AND BULLETIN | |
| APPEAL OF: CONSTELLATION ENERGY CORPORATION AND CONSTELLATION ENERGY GENERATION, LLC, | |
| Possible Intervenors | |
| BOWFIN KEYCON HOLDINGS, LLC; CHIEF POWER FINANCE II, LLC; CHIEF POWER TRANSFER PARENT, LLC; KEYCON POWER HOLDINGS, LLC; HERITAGE POWER, LLC; PENNSYLVANIA COAL ALLIANCE; UNITED MINE WORKERS OF AMERICA; | No. 116 MAP 2023 <br><br> Appeal from the Order of the Commonwealth Court at No. 247 MD 2022 dated November 1, 2023 <br><br> SUBMITTED: May 13, 2025 |

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; AND INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS

         v.

PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION AND PENNSYLVANIA ENVIRONMENTAL QUALITY BOARD

APPEAL OF: CONSTELLATION ENERGY CORPORATION AND CONSTELLATION ENERGY GENERATION, LLC,

       Possible Intervenors

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW,** this 6th day of January, 2026, upon consideration of the applications of Constellation Energy Corporation and Constellation Energy Generation, LLC (collectively, Constellation), to discontinue the above-captioned appeals and the responses thereto, it is hereby **ORDERED** that the applications are **GRANTED** as follows:

1. The above-captioned appeals are **DISMISSED**.

2. The June 28, 2022 and November 1, 2023 Orders of the Commonwealth Court that are the subject of the above-captioned appeals are **VACATED**.

3. This matter is **REMANDED** to the Commonwealth Court with instructions to dismiss as moot the original jurisdiction proceedings docketed at No. 41 MD 2022 and No. 247 MD 2022.

Jurisdiction relinquished.